## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: CLARKSON, ROBERT JOSEPH | § | Case No. 10-70504 |
| CLARKSON, MARY ANN | § | |
| CLARKSON, JOE | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 08, 2010. The undersigned trustee was appointed on December 29, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     4,533.15

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 0.00 |
    | Bank service fees | 8.69 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]   $ | 4,524.46 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/06/2011 and the deadline for filing governmental claims was 08/07/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,133.29. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,133.29, for a total compensation of $1,133.29.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $3.00, for total expenses of $3.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/11/2011        By:/s/MEGAN G. HEEG
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-70504
Case Name: CLARKSON, ROBERT JOSEPH
CLARKSON, MARY ANN
Period Ending: 08/11/11

Trustee: (330490) MEGAN G. HEEG
Filed (f) or Converted (c): 02/08/10 (f)
§341(a) Meeting Date: 03/12/10
Claims Bar Date: 07/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled<br>307 Richard St., Kingston, PA | 99,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 140.00 | 70.00 | | 70.00 | FA |
| 3 | BANK ACCOUNTS<br>Wells Fargo | 200.00 | 100.00 | | 100.00 | FA |
| 4 | SECURITY DEPOSITS<br>Landlord | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | SECURITY DEPOSITS<br>Dixon Water Co | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | SECURITY DEPOSITS<br>Century Tel | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 8 | BOOKS AND ART OBJECTS<br>Model tractors | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | BOOKS AND ART OBJECTS<br>tapes, dvds., etc | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | FIREARMS AND HOBBY EQUIPMENT<br>golf clubs | 40.00 | 0.00 | DA | 0.00 | FA |
| 11 | FIREARMS AND HOBBY EQUIPMENT<br>ab machine | 20.00 | 0.00 | DA | 0.00 | FA |
| 12 | FIREARMS AND HOBBY EQUIPMENT<br>bicycle | 30.00 | 0.00 | DA | 0.00 | FA |
| 13 | FIREARMS AND HOBBY EQUIPMENT<br>camera | 30.00 | 0.00 | DA | 0.00 | FA |
| 14 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | PENSION PLANS AND PROFIT SHARING<br>401(k) | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | TAX REFUNDS | 1,617.00 | 808.00 | | 808.00 | FA |
| 17 | OTHER CONTINGENT AND UNLIQUIDATED<br>CLAIMS<br>bonus anticipated March, 2010 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | AUTOMOBILES AND OTHER VEHICLES | 13,000.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-70504  
Case Name: CLARKSON, ROBERT JOSEPH  
CLARKSON, MARY ANN  
Period Ending: 08/11/11

Trustee: (330490) MEGAN G. HEEG  
Filed (f) or Converted (c): 02/08/10 (f)  
§341(a) Meeting Date: 03/12/10  
Claims Bar Date: 07/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 2006 Ford Escape |  |  |  |  |  |
| 19 | AUTOMOBILES AND OTHER VEHICLES<br>1998 Ford Ranger | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Other personal property (scheduled)<br>tools | 50.00 | 0.00 | DA | 0.00 | FA |
| 21 | Other personal property (scheduled)<br>law mower | 50.00 | 0.00 | DA | 0.00 | FA |
| 22 | CONTINGENT AND NONCONTINGENT INTERESTS<br>IN ESTATE (u)<br>inheritance from the Estate of Catherine Malone | 15,530.04 | 3,555.04 |  | 3,555.04 | FA |
| 23 | WEARING APPAREL | 50.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.11 | FA |
| 24 | Assets    Totals (Excluding unknown values) | $175,757.04 | $4,533.04 |  | $4,533.15 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 15, 2012    **Current Projected Date Of Final Report (TFR):**    August 9, 2011 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-70504 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CLARKSON, ROBERT JOSEPH | | Bank Name: | The Bank of New York Mellon |
| | CLARKSON, MARY ANN | | Account: | 9200-******95-65 - Money Market Account |
| Taxpayer ID #: | **-***2522 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/11/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/12/11 | | Robert Clarkson | non-exempt portion of assets | | 4,533.04 | | 4,533.04 |
| | {2} | | 70.00 | 1129-000 | | | 4,533.04 |
| | {3} | | 100.00 | 1129-000 | | | 4,533.04 |
| | {16} | | 808.00 | 1124-000 | | | 4,533.04 |
| | {22} | | 3,555.04 | 1210-000 | | | 4,533.04 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,533.06 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,533.09 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,533.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,533.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 8.69 | 4,524.46 |
| 08/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 4,524.46 |
| 08/08/11 | | To Account #9200******9566 | final report | 9999-000 | | 4,524.46 | 0.00 |

| | ACCOUNT TOTALS | 4,533.15 | 4,533.15 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 4,524.46 | |
| | Subtotal | 4,533.15 | 8.69 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $4,533.15 | $8.69 | |

{} Asset reference(s)

Printed: 08/11/2011 09:18 AM   V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-70504 |
|---|---|
| Case Name: | CLARKSON, ROBERT JOSEPH |
|  | CLARKSON, MARY ANN |
| Taxpayer ID #: | **-***2522 |
| Period Ending: | 08/11/11 |

| Trustee: | MEGAN G. HEEG (330490) |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******95-66 - Checking Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/11 |  | From Account #9200******9565 | final report | 9999-000 | 4,524.46 |  | 4,524.46 |
|  |  |  | ACCOUNT TOTALS |  | 4,524.46 | 0.00 | $4,524.46 |
|  |  |  | Less: Bank Transfers |  | 4,524.46 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $0.00 | $0.00 |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******95-65 | 4,533.15 | 8.69 | 0.00 |
| Checking # 9200-******95-66 | 0.00 | 0.00 | 4,524.46 |
|  | $4,533.15 | $8.69 | $4,524.46 |

{} Asset reference(s)

Printed: 08/11/2011 09:18 AM    V.12.57

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-70504
Case Name: CLARKSON, ROBERT JOSEPH
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 4,524.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,524.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,133.29 | 0.00 | 1,133.29 |
| Trustee, Expenses - MEGAN G. HEEG | 3.00 | 0.00 | 3.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 438.75 | 0.00 | 438.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 3.50 | 0.00 | 3.50 |

Total to be paid for chapter 7 administration expenses: $ 1,578.54
Remaining balance: $ 2,945.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,945.92

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: $ 0.00
    Remaining balance: $ 2,945.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,761.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | 1,305.78 | 0.00 | 113.94 |
| 2 | American InfoSource LP as agent for | 445.15 | 0.00 | 38.84 |
| 3 | UGI Utilities, Inc. | 238.77 | 0.00 | 20.83 |
| 4 | Portfolio Recovery Associates, LLC | 15,292.76 | 0.00 | 1,334.38 |
| 5 | GE Money Bank | 1,186.76 | 0.00 | 103.55 |
| 6 | BENEFICIAL CONSUMER DISCOUNT COMPANY | 15,292.76 | 0.00 | 1,334.38 |

    Total to be paid for timely general unsecured claims: $ 2,945.92
    Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for tardy general unsecured claims: $ 0.00
    Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)