## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | |
|---|---|
| In re: CLARKSON, ROBERT JOSEPH<br>CLARKSON, MARY ANN<br>CLARKSON, JOE<br>Debtor(s) | § Case No. 10-70504<br>§<br>§<br>§ |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/19/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 08/08/2011        By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: CLARKSON, ROBERT JOSEPH § Case No. 10-70504
CLARKSON, MARY ANN §
CLARKSON, JOE §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 4,533.15

*and approved disbursements of* $ 8.69

*leaving a balance on hand of* [1] $ 4,524.46

**Balance on hand:** $ 4,524.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,524.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,133.29 | 0.00 | 1,133.29 |
| Trustee, Expenses - MEGAN G. HEEG | 3.00 | 0.00 | 3.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 438.75 | 0.00 | 438.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 3.50 | 0.00 | 3.50 |

Total to be paid for chapter 7 administration expenses: $ 1,578.54
Remaining balance: $ 2,945.92

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,945.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,945.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,761.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | 1,305.78 | 0.00 | 113.94 |
| 2 | American InfoSource LP as agent for | 445.15 | 0.00 | 38.84 |
| 3 | UGI Utilities, Inc. | 238.77 | 0.00 | 20.83 |
| 4 | Portfolio Recovery Associates, LLC | 15,292.76 | 0.00 | 1,334.38 |
| 5 | GE Money Bank | 1,186.76 | 0.00 | 103.55 |
| 6 | BENEFICIAL CONSUMER DISCOUNT COMPANY | 15,292.76 | 0.00 | 1,334.38 |

Total to be paid for timely general unsecured claims: $ 2,945.92
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Robert Joseph Clarkson  
Mary Ann Clarkson  
    Debtors

Case No. 10-70504-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 2     Date Rcvd: Aug 17, 2011  
                     Form ID: pdf006    Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2011.

```
db/jdb       +Robert Joseph Clarkson,    Mary Ann Clarkson,    1132 North Jefferson Avenue,
               Dixon, IL 61021-1244
aty          +Gary C Flanders,    1 Court Place  Suite 201,    Rockford, IL 61101-1088
17499587      BENEFICIAL CONSUMER DISCOUNT COMPANY,     P O BOX 10490, VIRGINIA BEACH, VA 23450
15069683     +Capital One,    PO Box 26074,    Richmond, VA 23260-6074
15069684      Capital One,    %RAB Inc.,    PO Box 34111,    Memphis, TN 38184-0111
15069686      Citi Bank,    c/o The CBE Group,    131 Tower Park Ste 100 POB 2547,    Waterloo, IA 50704-2547
15069687      Citifinancial,    605 Munn Road,    PO Box 70918,    Charlotte, NC 28272-0918
15069688     +Connie Ramirez, landlod,    1014 East Chamberlin,    Dixon, IL 61021-1709
15069689     +Fashion Bug,    1103 Allen Drive,    Milford, OH 45150-8763
15069690     +Fashion Bug,    c/o Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
15069691      Fingerhut,    PO Box 166,    Newark, NJ 07101-0166
15069692     +Fingerhut,    c/o JC Christensen and Assoc.,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
15069694      Home Depot,    %OMS,    PO Box 150479,    Hartford, CT 06115-0479
15069693      Home Depot,    PO Box 653000,    Dallas, TX 75265-3000
15069695     +Household Financial Corp.,    841 Seahaw Circle,    Virginia Beach, VA 23452-7809
15069696      Household Financial Corp.,    %NCO Financial Systems,    PO Box 15740,    Wilmington, DE 19850-5740
15069697     +Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
15069698     +National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
17451134     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Beneficial,    POB 41067,
               Norfolk VA 23541)
15069699      Provident Funding,    PO Bxo 5916,    Santa Rosa, CA 95402-5916
15069700      Provident Funding,    %Weltman, Winberg & Reis Co., L.P.A,    1400 Kippers Bldg., 436 Seventh Ave,
               Pittsburgh, PA 15219
15069701     +Ron & Diamond Kolc,    47 South Grant Street,    Wilkes Barre, PA 18702-5903
15069704      Sam's Club,    %Mann Bracken LLP,    4600 Trindle Road, Suite 300,    Camp Hill, PA 17011
15069703     +Sam's Club,    %Allied Interstate,    PO Bxo 361774,    Columbus, OH 43236-1774
15069705     +Sams Club/GE Money Bank,    c/o NCO Financial Systems,    507 Prudential Road,
               Horsham, PA 19044-2308
15069706      Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
15069707      Target National Bank,    %NES,    29125 Solon Road,    Solon, OH 44139-3442
15069708      The Schoolhouse Daycare,    289289 Wyoming Ave.,    Kingston, PA 18704
15069709     ++UGI UTILITIES INC,    MANAGER CREDIT AND COLLECTIONS,    225 MORGANTOWN ROAD,
               READING PA 19611-1949
             (address filed with court: UGI Penn Natural Gas,    P.O. Box 71204,    Philadelphia, PA 19176)
15069710     ++UGI UTILITIES INC,    MANAGER CREDIT AND COLLECTIONS,    225 MORGANTOWN ROAD,
               READING PA 19611-1949
             (address filed with court: UGI Utilities, Inc.,    225 Morgantown Road,    Reading, PA 19612-1949)
15069714     +WVSA,    P.O. Box 33A,    Wilkes Barre, PA 18703-1306
15069711     +Washington Mutual,    c/o River Walk Holding,    P.O. Box 1987,    Colleyville, TX 76034-1987
15069712      Washington Mutual Bank,    %Delmarva Capital Services,    PO Box 126, 2209 Commerce Road,
               Forest Hill, MD 21050-0126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr           +E-mail/Text: KATHY@EGBBL.COM Aug 18 2011 00:42:34     Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
17146450      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2011 02:51:52
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
17138172      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2011 02:51:48
               American InfoSource LP as agent for WFNNB,    as assignee of,    Fashion Bug,    PO Box 248872,
               Oklahoma City, OK  73124-8872
15069685     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 18 2011 02:41:26
               Capital One Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
17467525      E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2011 02:54:03     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15069702      E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2011 02:41:30     Sam's Club,    PO Box 530942,
               Atlanta, GA 30353-0942
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
15069713     ##Wells Fargo,    681-B Kidder Street,    Wilkes Barre, PA 18702-6908
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cshabez              Page 2 of 2                Date Rcvd: Aug 17, 2011
                              Form ID: pdf006            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2011**              **Signature:**   _/s/ Joseph Speetjens_