**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: CLARKSON, ROBERT JOSEPH | § | Case No. 10-70504 |
| CLARKSON, MARY ANN | § | |
| CLARKSON, JOE | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $158,270.00
*(without deducting any secured claims)*

Assets Exempt: $23,349.00

Total Distribution to Claimants: $2,945.92

Claims Discharged Without Payment: $23,826.30

Total Expenses of Administration: $1,587.23

3) Total gross receipts of $ 4,533.15 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $4,533.15 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $135,600.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,587.23 | 1,587.23 | 1,587.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,003.00 | 33,761.98 | 18,469.22 | 2,945.92 |
| **TOTAL DISBURSEMENTS** | $162,603.00 | $35,349.21 | $20,056.45 | $4,533.15 |

4) This case was originally filed under Chapter 7 on February 08, 2010. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2012 By: /s/MEGAN G. HEEG
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH ON HAND | 1129-000 | 70.00 |
| BANK ACCOUNTS | 1129-000 | 100.00 |
| TAX REFUNDS | 1124-000 | 808.00 |
| CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE | 1210-000 | 3,555.04 |
| Interest Income | 1270-000 | 0.11 |
| **TOTAL GROSS RECEIPTS** | | $4,533.15 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citifinancial | 4110-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Provident Funding | 4110-000 | 106,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Provident Funding %Weltman, Winberg & Reis Co., L.P.A | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 4110-000 | 15,600.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $135,600.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,133.29 | 1,133.29 | 1,133.29 |
| MEGAN G. HEEG | 2200-000 | N/A | 3.00 | 3.00 | 3.00 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 438.75 | 438.75 | 438.75 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 3.50 | 3.50 | 3.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 8.69 | 8.69 | 8.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,587.23 | 1,587.23 | 1,587.23 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for WFNNB | 7100-000 | 1,300.00 | 1,305.78 | 1,305.78 | 208.29 |
| 2 | American InfoSource LP as agent for | 7100-000 | 450.00 | 445.15 | 445.15 | 71.00 |
| 3 | UGI Utilities, Inc. | 7100-000 | 450.00 | 238.77 | 238.77 | 38.08 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 15,292.76 | 15,292.76 | 2,439.26 |


| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | GE Money Bank | 7100-000 | 1,200.00 | 1,186.76 | 1,186.76 | 189.29 |
| 6 | BENEFICIAL CONSUMER DISCOUNT COMPANY | 7100-000 | 15,300.00 | 15,292.76 | 0.00 | 0.00 |
| NOTFILED | Sams Club/GE Money Bank c/o NCO Financial Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club %Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club %Mann Bracken LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank %NES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ron & Diamond Kolc | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual c/o River Walk Holding | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | WVSA | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | The Schoolhouse Daycare | 7100-000 | 560.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Bank %Delmarva Capital Services | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot %OMS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,225.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One %RAB Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Bank c/o The CBE Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Financial Corp. %NCO Financial Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fingerhut c/o JC Christensen and Assoc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug c/o Chase Receivables | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fingerhut | 7100-000 | 630.00 | N/A | N/A | 0.00 |
| NOTFILED | Midnight Velvet | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 27,003.00 | 33,761.98 | 18,469.22 | 2,945.92 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70504
**Case Name:** CLARKSON, ROBERT JOSEPH
CLARKSON, MARY ANN
**Period Ending:** 04/23/12

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 02/08/10 (f)
**§341(a) Meeting Date:** 03/12/10
**Claims Bar Date:** 07/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled<br>307 Richard St., Kingston, PA | 99,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 140.00 | 70.00 | | 70.00 | FA |
| 3 | BANK ACCOUNTS<br>Wells Fargo | 200.00 | 100.00 | | 100.00 | FA |
| 4 | SECURITY DEPOSITS<br>Landlord | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | SECURITY DEPOSITS<br>Dixon Water Co | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | SECURITY DEPOSITS<br>Century Tel | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 8 | BOOKS AND ART OBJECTS<br>Model tractors | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | BOOKS AND ART OBJECTS<br>tapes, dvds., etc | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | FIREARMS AND HOBBY EQUIPMENT<br>golf clubs | 40.00 | 0.00 | DA | 0.00 | FA |
| 11 | FIREARMS AND HOBBY EQUIPMENT<br>ab machine | 20.00 | 0.00 | DA | 0.00 | FA |
| 12 | FIREARMS AND HOBBY EQUIPMENT<br>bicycle | 30.00 | 0.00 | DA | 0.00 | FA |
| 13 | FIREARMS AND HOBBY EQUIPMENT<br>camera | 30.00 | 0.00 | DA | 0.00 | FA |
| 14 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | PENSION PLANS AND PROFIT SHARING<br>401(k) | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | TAX REFUNDS | 1,617.00 | 808.00 | | 808.00 | FA |
| 17 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>bonus anticipated March, 2010 | 1,500.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70504
**Case Name:** CLARKSON, ROBERT JOSEPH
CLARKSON, MARY ANN
**Period Ending:** 04/23/12

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 02/08/10 (f)
**§341(a) Meeting Date:** 03/12/10
**Claims Bar Date:** 07/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | AUTOMOBILES AND OTHER VEHICLES<br>2006 Ford Escape | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | AUTOMOBILES AND OTHER VEHICLES<br>1998 Ford Ranger | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Other personal property (scheduled)<br>tools | 50.00 | 0.00 | DA | 0.00 | FA |
| 21 | Other personal property (scheduled)<br>law mower | 50.00 | 0.00 | DA | 0.00 | FA |
| 22 | CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE (u)<br>Inheritance from the Estate of Catherine Malone | 15,530.04 | 3,555.04 | | 3,555.04 | FA |
| 23 | WEARING APPAREL | 50.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.11 | FA |
| **24** | **Assets** **Totals** (Excluding unknown values) | **$175,757.04** | **$4,533.04** | | **$4,533.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

Court hearing on the amended Final Report is set for January 25, 2012.

**Initial Projected Date Of Final Report (TFR):** March 15, 2012 **Current Projected Date Of Final Report (TFR):** December 12, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70504
**Case Name:** CLARKSON, ROBERT JOSEPH
CLARKSON, MARY ANN
**Taxpayer ID #:** **-***2522
**Period Ending:** 04/23/12

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******95-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/12/11 | | Robert Clarkson | non-exempt portion of assets | | 4,533.04 | | 4,533.04 |
| | {2} | | 70.00 | 1129-000 | | | 4,533.04 |
| | {3} | | 100.00 | 1129-000 | | | 4,533.04 |
| | {16} | | 808.00 | 1124-000 | | | 4,533.04 |
| | {22} | | 3,555.04 | 1210-000 | | | 4,533.04 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,533.06 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,533.09 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,533.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,533.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 8.69 | 4,524.46 |
| 08/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 4,524.46 |
| 08/08/11 | | To Account #9200******9566 | final report | 9999-000 | | 4,524.46 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **4,533.15** | **4,533.15** | **$0.00** |
| Less: Bank Transfers | 0.00 | 4,524.46 | |
| **Subtotal** | **4,533.15** | **8.69** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,533.15** | **$8.69** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70504
**Case Name:** CLARKSON, ROBERT JOSEPH
CLARKSON, MARY ANN
**Taxpayer ID #:** **-***2522
**Period Ending:** 04/23/12

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******95-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/11 | | From Account #9200******9565 | final report | 9999-000 | 4,524.46 | | 4,524.46 |
| 10/04/11 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $438.75, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 10/04/11 | 3110-000 | | 438.75 | 4,085.71 |
| 10/04/11 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $438.75, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 10/04/11 | 3110-000 | | -438.75 | 4,524.46 |
| 10/04/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $3.50, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 10/04/11 | 3120-000 | | 3.50 | 4,520.96 |
| 10/04/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $3.50, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided: check issued on 10/04/11 | 3120-000 | | -3.50 | 4,524.46 |
| 10/04/11 | 103 | American InfoSource LP as agent for WFNNB | Dividend paid 8.72% on $1,305.78; Claim# 1; Filed: $1,305.78; Reference: 600466-804-208-4993 Voided on 10/04/11 | 7100-000 | | 113.94 | 4,410.52 |
| 10/04/11 | 103 | American InfoSource LP as agent for WFNNB | Dividend paid 8.72% on $1,305.78; Claim# 1; Filed: $1,305.78; Reference: 600466-804-208-4993 Voided: check issued on 10/04/11 | 7100-000 | | -113.94 | 4,524.46 |
| 10/04/11 | 104 | American InfoSource LP as agent for | Dividend paid 8.72% on $445.15; Claim# 2; Filed: $445.15; Reference: 9428926037 Voided on 10/04/11 | 7100-000 | | 38.84 | 4,485.62 |
| 10/04/11 | 104 | American InfoSource LP as agent for | Dividend paid 8.72% on $445.15; Claim# 2; Filed: $445.15; Reference: 9428926037 Voided: check issued on 10/04/11 | 7100-000 | | -38.84 | 4,524.46 |
| 10/04/11 | 105 | UGI Utilities, Inc. | Dividend paid 8.72% on $238.77; Claim# 3; Filed: $238.77; Reference: 902402245150 Voided on 10/04/11 | 7100-000 | | 20.83 | 4,503.63 |
| 10/04/11 | 105 | UGI Utilities, Inc. | Dividend paid 8.72% on $238.77; Claim# 3; Filed: $238.77; Reference: 902402245150 Voided: check issued on 10/04/11 | 7100-000 | | -20.83 | 4,524.46 |
| 10/04/11 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 8.72% on $15,292.76; Claim# 4; Filed: $15,292.76; Reference: Voided on 10/04/11 | 7100-000 | | 1,334.38 | 3,190.08 |
| 10/04/11 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 8.72% on $15,292.76; Claim# 4; Filed: $15,292.76; Reference: Voided: check issued on 10/04/11 | 7100-000 | | -1,334.38 | 4,524.46 |

Subtotals : $4,524.46 $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70504
**Case Name:** CLARKSON, ROBERT JOSEPH
CLARKSON, MARY ANN
**Taxpayer ID #:** **-***2522
**Period Ending:** 04/23/12

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******95-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/11 | 107 | GE Money Bank | Dividend paid 8.72% on $1,186.76; Claim# 5; Filed: $1,186.76; Reference: 7714100220724868<br>Voided on 10/04/11 | 7100-000 | | 103.55 | 4,420.91 |
| 10/04/11 | 107 | GE Money Bank | Dividend paid 8.72% on $1,186.76; Claim# 5; Filed: $1,186.76; Reference: 7714100220724868<br>Voided: check issued on 10/04/11 | 7100-000 | | -103.55 | 4,524.46 |
| 10/04/11 | 108 | BENEFICIAL CONSUMER DISCOUNT COMPANY | Dividend paid 8.72% on $15,292.76; Claim# 6; Filed: $15,292.76; Reference: 711813000607703<br>Voided on 10/04/11 | 7100-000 | | 1,334.38 | 3,190.08 |
| 10/04/11 | 108 | BENEFICIAL CONSUMER DISCOUNT COMPANY | Dividend paid 8.72% on $15,292.76; Claim# 6; Filed: $15,292.76; Reference: 711813000607703<br>Voided: check issued on 10/04/11 | 7100-000 | | -1,334.38 | 4,524.46 |
| 10/04/11 | 109 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided on 10/04/11 | 2100-000 | | 1,136.29 | 3,388.17 |
| 10/04/11 | 109 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided: check issued on 10/04/11 | 2100-000 | | -1,136.29 | 4,524.46 |
| 02/09/12 | 110 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $438.75, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 438.75 | 4,085.71 |
| 02/09/12 | 111 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $3.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 3.50 | 4,082.21 |
| 02/09/12 | 112 | American InfoSource LP as agent for WFNNB | Dividend paid 15.95% on $1,305.78; Claim# 1; Filed: $1,305.78; Reference: 600466-804-208-4993 | 7100-000 | | 208.29 | 3,873.92 |
| 02/09/12 | 113 | American InfoSource LP as agent for | Dividend paid 15.95% on $445.15; Claim# 2; Filed: $445.15; Reference: 9428926037 | 7100-000 | | 71.00 | 3,802.92 |
| 02/09/12 | 114 | UGI Utilities, Inc. | Dividend paid 15.95% on $238.77; Claim# 3; Filed: $238.77; Reference: 902402245150 | 7100-000 | | 38.08 | 3,764.84 |
| 02/09/12 | 115 | Portfolio Recovery Associates, LLC | Dividend paid 15.95% on $15,292.76; Claim# 4; Filed: $15,292.76; Reference: | 7100-000 | | 2,439.26 | 1,325.58 |
| 02/09/12 | 116 | GE Money Bank | Dividend paid 15.95% on $1,186.76; Claim# 5; Filed: $1,186.76; Reference: 7714100220724868 | 7100-000 | | 189.29 | 1,136.29 |
| | | | Subtotals : | | $0.00 | $3,388.17 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70504
**Case Name:** CLARKSON, ROBERT JOSEPH
CLARKSON, MARY ANN
**Taxpayer ID #:** **-***2522
**Period Ending:** 04/23/12

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******95-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/09/12 | 117 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 1,136.29 | 0.00 |
| | | | Dividend paid 100.00% on $1,133.29; Claim# ; Filed: $1,133.29 | 1,133.29 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $3.00; Claim# ; Filed: $3.00 | 3.00 | 2200-000 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **4,524.46** | **4,524.46** | **$0.00** |
| Less: Bank Transfers | 4,524.46 | 0.00 | |
| **Subtotal** | **0.00** | **4,524.46** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$4,524.46** | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **MMA # 9200-******95-65** | **4,533.15** | **8.69** | **0.00** |
| **Checking # 9200-******95-66** | **0.00** | **4,524.46** | **0.00** |
| | **$4,533.15** | **$4,533.15** | **$0.00** |